DAVID M. REAVES
Bankruptcy Trustee
P.O. BOX 44320
PHOENIX, AZ 85064
(602) 241-0101

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | CHAPTER 7 |
| | ) | |
| GAVRILOS, TOM E., | ) | CASE NO. 2-07-BK-06178-GBN |
| | ) | |
| | ) | TRUSTEE'S FINAL |
| | ) | REPORT AND PROPOSED |
| | ) | DISTRIBUTION |
| Debtor(s) | ) | |

I, DAVID M. REAVES, Trustee of the estate of the above-named debtor(s), respectfully report and represent that:

1. All Assets of the debtor(s) have been reduced to cash, released to the debtor(s) as exempt property, released to secured creditors, abandoned, or will be abandoned as burdensome, Form 1 - Individual Estate Property Record and Report, Form 2 - Cash Receipts and Disbursements Record and Trustee's Proposed Distribution are attached hereto.

2. In addition, the Trustee has reviewed the Statement of Affairs and all other schedules and has determined that there are no additional assets having any value to the estate.

3. A summary of receipts and disbursements as reflected in the attached Form 2 is: Receipts $1,097.73 Disbursements $126.26; and the balance on hand $971.47; Checking $971.47, Savings $0.00, TCD $0.00.

4. A separate Application for Compensation and Reimbursement of Expenses has been filed and that pursuant to §326(a) of the Bankruptcy Code, the maximum fee allowable to the Trustee is $242.87. I have received $0.00 of this total as interim compensation, and now request $242.87 as my final compensation and an additional $15.74 for reasonable and necessary expenses incurred.

I declare under penalty of perjury that the statements contained in the foregoing final account and attached report Forms and Schedules of Trustee are true according to the best of my knowledge, information and belief. I further declare that I have no agreement or understanding, expressed or implied, with anyone whomsoever as to any division of fees in the above matter.

I certify to the Court and the United States Trustee that I have faithfully and properly fulfilled the duties of the office of the trustee, that I examined all proofs of claims as appropriate under the proposed distribution, and the proposed distribution, attached hereto, is proper, and consistent with the law and rules of court.

Therefore, the trustee requests that the Final Report and Proposed Distribution be accepted.

12/19/08
Date

David M. Reaves, Trustee

REVIEW OF UNITED STATES TRUSTEE & AUTHORIZATION TO MAKE DISTRIBUTION

I have reviewed the Trustee's Final Report and Proposed Distribution, and authorize the payment of dividends to creditors after: all creditors and interested parties have been noticed and no objections are timely filed; or if any objections are filed, they have been resolved with a final non-appealable order. If the net proceeds do not exceed $1,500 and each chapter 7 application for compensation or reimbursement of expense does not exceed $1,000, notice to creditors is not required.

ILENE J. LASHINSKY
United States Trustee
District of Arizona

Date: 02-02-09

By:

RECEIVED
DEC 22 2008
U.S. Trustee

CASE NO. 2-07-BK-06178-GBN

## TRUSTEE'S PROPOSED DISTRIBUTION

ADMINISTRATIVE EXPENSES:

| APPLICANT | FEES | EXPENSES | TOTAL ALLOWED | AMOUNT TO BE PAID |
|---|---|---|---|---|
| DAVID M. REAVES | $242.87 | $15.74 | $258.61 | $258.61 |
| Total | | | | $258.61 |

CLAIMS:

| TYPE OF CLAIM | CLAIM NO. | CLAIM NAME | AMOUNT OF CLAIM ALLOWED | AMOUNT TO BE PAID |
|---|---|---|---|---|
| UNSECURED | 000002 | American Express Centurion Bank | $1,432.57 | $26.68 |
| UNSECURED | 000003 | American Express Centurion Bank | $10,535.67 | $196.20 |
| UNSECURED | 000004 | American Express Bank, FSB | $9,310.92 | $173.39 |
| UNSECURED | 000005 | Chase Bank USA | $2,867.92 | $53.41 |
| UNSECURED | 000006 | Chase Bank USA | $14,132.65 | $263.18 |
| Subtotals for Class UNSECURED | | | | $712.86 |
| Total | | | | $712.86 |

| TOTAL ADMINISTRATIVE EXPENSES & CLAIMS | $971.47 |
|---|---|

ONLY those claims which may receive a dividend have been listed. The proposed distribution is dependent on the Court's ruling on the allowance of administrative expenses, additional Court costs, remaining contests of claims, additional interest and objections to this proposed distribution.

DATED: 12/19/08

David M. Reaves, Trustee

REVIEW OF UNITED STATES TRUSTEE & AUTHORIZATION TO MAKE DISTRIBUTION

I have reviewed the Trustee's Final Report and Proposed Distribution, and authorize the payment of dividends to creditors after: all creditors and interested parties have been noticed and no objections are timely filed; or if any objections are filed, they have been resolved with a final non-appealable order. If the net proceeds do not exceed $1,500 and each chapter 7 application for compensation or reimbursement of expense does not exceed $1,000, notice to creditors is not required.

ILENE J. LASHINSKY
United States Trustee
District of Arizona

Date: 02-02-09    By: [signature]

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No: 07-06178 GBN Judge: GEORGE B. NIELSEN, JR.
Case Name: GAVRILOS, TOM E.
For Period Ending: 12/17/08

Trustee Name: DAVID M. REAVES
Date Filed (f) or Converted (c): 11/19/07 (f)
341(a) Meeting Date: 01/14/08
Claims Bar Date: 09/09/08

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CONDO: LOCATION: 154 W. 5 TH ST., #254, TEMPE AZ. | 253,489.00 | 0.00 | DA | 0.00 | FA |
| 2. CONDO: 5236 N. 16 TH LN., PHOENIX, AZ | 250,000.00 | 0.00 | DA | 0.00 | FA |
| 3. WELLS FARGO CHECKING ACCOUNT | 25.00 | 0.00 | DA | 0.00 | FA |
| 4. WELLS FARGO BUSINESS CHECKING ACCOUNT | 0.00 | 0.00 | DA | 0.00 | FA |
| 5. BANK OF AMERICA | 150.00 | 0.00 | DA | 0.00 | FA |
| 6. HOUSEHOLD GOODS, APPLIANCES & ELECTRONICS | 1,800.00 | 0.00 | DA | 0.00 | FA |
| 7. DVD COLLECTION | 10.00 | 10.00 | DA | 0.00 | FA |
| 8. ART | 200.00 | 200.00 | DA | 0.00 | FA |
| 9. CLOTHING | 204.00 | 0.00 | DA | 0.00 | FA |
| 10. 1 WATCH | 50.00 | 0.00 | DA | 0.00 | FA |
| 11. 1 .45 PISTOL | 300.00 | 0.00 | DA | 0.00 | FA |
| 12. 1 DIGITAL CAMERA | 87.00 | 87.00 | DA | 0.00 | FA |
| 13. FIGHT GLOVES, MOUTHPIECE, PUNCHING BAG | 20.00 | 20.00 | DA | 0.00 | FA |

Page: 1

Ver: 14.11
LFORM1

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Case No: 07-06178    GBN    Judge: GEORGE B. NIELSEN, JR.
Case Name: GAVRILOS, TOM E.

Trustee Name: DAVID M. REAVES
Date Filed (f) or Converted (c): 11/19/07 (f)
341(a) Meeting Date: 01/14/08
Claims Bar Date: 09/09/08

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 4. 2000 BMW M 5 94 K MILES | 25,225.00 | 0.00 | DA | 0.00 | FA |
| 5. FIGHT CLOTHING | 600.00 | 600.00 | DA | 0.00 | FA |
| 26. 2007 TAX REFUNDS (u) | 0.00 | 970.74 | | 1,097.00 | FA |
| INT. Post-Petition Interest Deposits (u) | 0.73 | 0.73 | | 0.73 | FA |
| TOTALS (Excluding Unknown Values) | $532,160.73 | $1,888.47 | | $1,097.73 | $0.00 |

Gross Value of Remaining Assets
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Prepare TFR.

Initial Projected Date of Final Report (TFR): 11/01/08    Current Projected Date of Final Report (TFR): 12/01/08

## FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 07-06178 -GBN  
Case Name: GAVRILOS, TOM E.  
Taxpayer ID No: ******9929  
For Period Ending: 12/17/08  

Trustee Name: DAVID M. REAVES  
Bank Name: BANK OF AMERICA, N.A.  
Account Number / CD #: *******0188  Money Market Account (Interest Earn  
Blanket Bond (per case limit): $ 58,141,316.00  
Separate Bond (if applicable):  

Page: 1

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/22/08 | 16 | US TREASURY | 2007 tax refund. | 1224-000 | 1,097.00 | | 1,097.00 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.02 | | 1,097.02 |
| 06/06/08 | 000301 | TOM E. GAVRILOS 154 W. 5TH ST., #254 TEMPE, AZ 85281 | DEBTOR SHARE OF TAX REFUNDS | 8500-000 | | 126.26 | 970.76 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.13 | | 970.89 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.12 | | 971.01 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.12 | | 971.13 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.13 | | 971.26 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.09 | | 971.35 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.07 | | 971.42 |
| 12/17/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.05 | | 971.47 |
| 12/17/08 | | Transfer to Acct #*******4042 | Final Posting Transfer | 9999-000 | | 971.47 | 0.00 |

Page Subtotals  1,097.73  1,097.73

Ver: 14.11  
LFORM24

Case 2:07-bk-06178-GBN    Doc 26    Filed 02/03/09    Entered 02/03/09 13:41:55    Desc
Main Document    Page 6 of 8

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

| Case No: | 07-06178 -GBN |
|---|---|
| Case Name: | GAVRILOS, TOM E. |
| Taxpayer ID No: | ********9929 |
| For Period Ending: | 12/17/08 |

| Trustee Name: | DAVID M. REAVES |
|---|---|
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | ******0188 Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 58,141,316.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | | | 0.00 |
| | | | COLUMN TOTALS | | 1,097.73 | 1,097.73 | |
| | | | Less: Bank Transfers/CD's | | 0.00 | 971.47 | |
| | | | Subtotal | | 1,097.73 | 126.26 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 1,097.73 | 126.26 | |

Page Subtotals     0.00     0.00

Ver: 14.11
LFORM24

Case 2:07-bk-06178-GBN    Doc 26    Filed 02/03/09    Entered 02/03/09 13:41:55    Desc
Main Document    Page 7 of 8

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

| Case No: | 07-06178 -GBN | Trustee Name: | DAVID M. REAVES |
| --- | --- | --- | --- |
| Case Name: | GAVRILOS, TOM E. | Bank Name: | BANK OF AMERICA, N.A. |
| Taxpayer ID No: | *******9929 | Account Number / CD #: | *******4042 Checking Account |
| For Period Ending: | 12/17/08 | Blanket Bond (per case limit): | $ 58,141,316.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/17/08 | | Transfer from Acct #*******0188 | Transfer In From MMA Account | 9999-000 | 971.47 | | 971.47 |

|  |  |  |
| --- | --- | --- |
| COLUMN TOTALS | 971.47 | 0.00 |
| Less: Bank Transfers/CD's | 971.47 | 0.00 |
| Subtotal | 0.00 | 0.00 |
| Less: Payments to Debtors | | 0.00 |
| Net | 0.00 | 0.00 |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account (Interest Earn - *******0188 | 1,097.73 | 126.26 | 0.00 |
| Checking Account - *******4042 | 0.00 | 0.00 | 971.47 |
| | 1,097.73 | 126.26 | 971.47 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   971.47   0.00

Ver. 14.11